UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 MAR 28 PM 3:01

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>EVELYN INZUNZA (2),<br><br>               Defendant. | CASE NO. 12CR1913-JLS<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

 X  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

 X  of the offense(s) as charged in the Indictment:

21:952, 960 and 963.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 26, 2013

Nita L. Stormes
U.S. Magistrate Judge